UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OBIE L. CRISP, III, | No. 2:18-cv-0605 CKD P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA CORRECTIONAL HEALTH CARE SERVICE, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed April 8, 2019, the undersigned screened the complaint and dismissed it with leave to amend within thirty days. (ECF No. 4.) The thirty-day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the order.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall have fourteen days from the service of this order to file an amended complaint. Failure to file an amended complaint will result in a recommendation that this action be dismissed.

Dated: May 21, 2019

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:cris0605.fta

1